**IT IS SO ORDERED.**

**SIGNED THIS: April 24, 2018**

_____
**Thomas L. Perkins
United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HODGES, MICHAEL | ) | CASE NO. 17-80547 |
| | ) | |
| Debtor. | ) | CHAPTER 13 |

**ORDER**

UPON Consideration of the Debtor's Motion for Moratorium and after notice, it is hereby ORDERED:

That the Debtor's Motion for a 90-day Moratorium from Chapter 13 payments, is granted as follows: Debtor will continue to pay to the Trustee $833/month for May, June and July to cover the Debtor's mortgage payment that is being paid through his Plan, with moratorium being granted as to other amounts. Regular Chapter 13 payments shall resume August 2018 at $1,255.00 per month.

###